LEGAL MAIL Provided to Florida State Prison on 8/28/17 for mailing by [signature]

Federal Building (Federal State Attorney)

8-28-17

I Am A Inmate At Florida State Prison, Hereby trying to Press Charges And or Bring Charges On/Against

1. J. Cachen
2. Thompson
3. P. Price
4. P. Goodman
5. Rhonda Smith
6. Tammy Gibson

Inmates Name Dowling Delmetric # 379653

3:17-cv-1034-J-34MCR

FILED

2017 AUG 31 AM 10:51

CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FT MYERS FLORIDA

All above Names Are Mailroom staff.

Charges Are for And About.

1. Discrimination
2. Theft, And
3. Tampering with Federal (Due Process) Government Mail

1. Discriminating Against me because of my religious belief which Im A Satanic High Priest. And because I wrote A grievance On them.

2. Theft. Taking my legal Mail out of its normal route form And doing Away with it. Its Theft. And I put my Legal Mandamus's in the hand of J. Ferguson c/o. he stamped it watch me seal it. Its now In their possession At this time who converted it to their own use with intent to deprive me of A rightful Judge-ment. (Embezzlement)

3. Tampering with Federal (Due Process) Government Mail.

They took 2 different Mandamus's And Throw them Away. Legal Documents which was going to the Courts

I want Charges brought On them. There's No Exceptions! They have committed crimes, And hurt me from being Able to clear myself from this wrongful Punitive Segregation.

[signature]

Florida State Prison
P.O. 800
Raiford Florida 32083.

Delmetric Dudley #379653 / K1219S
Florida State Prison
P.O. Box 800
Raiford Fl 32083

Mailed From A State
Correctional Institution

US POSTAGE
ZIP 32083 $ 000.00
02 1W
0001384653 AUG 29 2017

United States Court House &
Federal Building
2110 First Street, Room 2-194
Ft. Myers Florida 33901-3083

33901$3011 C003

LEGAL MAIL
Provided to Florida State Prison on
8/28/17 for mailing by [signature]